In the Court of
Criminal Appeals

78,951-04

From: Charles Laymon Cox
T.D.C.J. No. 1463721
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

May 21, 2015

To: Abel Acosta, Clerk
Court of Criminal Appeals

RE: WR-78,951-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.

To the Honorable Clerk of Said Court:

Comes Now Charles Laymon Cox Relator, and asks the Honorable Clerk to present his Original Application for Writ of Mandamus to the Honorable Justice of the Court.

Relator states that the Court of Criminal Appeals is the court of Jurisdiction in this matter, pursuant to T.C.C.P. Art. 11.07

Relator would further ask that T.R.A.P. Rule 9.3§(c), Exception for the record, Only the Original need be filed in any proceeding, be applied.

Respectfully
Charles L. Cox

## In the State of Texas

| | | |
|---|---|---|
| Relator, Pro se | § | In the Court of |
| Charles Laymon Cox | § | Criminal Appeals |
| Vs. | § | Austin, Texas |
| Respondent | § | WR-78-951-03,§02&01 |
| Thomas A. Wilder | § | Tr. Ct. No. C-213-009413-0647447-A |

## Plaintiff's Original Application for Writ of Mandamus

To the Honorable Justice of said Court:

Comes Now Charles Laymon Cox Relator Pro se, in the above styled and numbered cause of action and files this Original Application for Writ of Mandamus. Relator asks that Liberal Construction Rule be applied as in: Haines v. Kerner, 404 U.S. 519, 520-21 (1972) Complainant must be held to less stringent Standard than pleadings by Lawyers and can only be dismissed for failure to state claim if beyond reasonable doubt that Plaintiff can prove no set of facts in support of claim on which relief can be granted.

Relator has exhausted his remedies and has no other adequate remedy at law. The act sought to be compelled is ministerial, not discretionary in nature.

Respondent Thomas A. Wilder in his capacity as Criminal District Court Clerk has a ministerial duty to recieve and file all papers in a criminal proceeding, and perform all other duties imposed by law pursuant to T.C.C.P. Art. 2.21 and is responsible to Certify that the Record is Complete. T.C.C.P. Art. 11.07 § 3(d) states:... After the convicting court makes findings of fact or approves the finding of the person designated to make them, the clerk of the convicting court shall imediately transmit to the Court of Criminal Appeals, under one cover, the application, and any answers filed. Respondent in his capacity as Clerk has failed to transmit Relator's response to Court Order Closing Evidence In 15 Days, so named and styled as Appellant's Memorandum Controverting State's Proposed Findings,

1

dated June 9, 2014 by certified mail June 10, 2014 (Certification 7013-0600-1808-2285).

Pursuant to T.C.C.P. Art. 4.01, What Courts Have Criminal Jurisdiction

§4. The Criminal District Courts

§5. The Magistrates appointed by the judges of the district courts, of Bexar County, Dallas County, Tarrant County or Travis County that give preference to criminal cases and the magistrates appointed by the judges of the criminal district courts of Dallas County or Tarrant County.

Please refer to Exhibit (A) State Law Library Index dated April 6, 2015 of Cause WR-78,951-03, page 2 of 3, line 1. The assignment order of Criminal Magistrate **Charles P. Reynolds** is a part of the Record.

Criminal Magistrate Charles P. Reynolds in the Judicial District Court 213 issued, Order Closing Evidence In 15 Days on May 27, 2014, see line 6, State Law Library Index page 2 of 3 and, Signed Order Exhibit (B), in response to Order from the Court of Criminal Appeals see also line 5, State Law Library Index and is a part of the Record.

Exhibit (C), Order adopting State's Proposed Findings filed June 10, 2014 see also line 8. This Order signed by Judge Louis E. Sturns, named as cause for Judicial Abuse of Discretion and Excessive Jurisdiction in Relators 11.07 Writ, disrespected Magistrate Charles P. Reynolds Order Closing Evidence In 15 Days, as well as, Relator's right to answer and Object to State's Proposed Findings dated May 30, 2014 see line 7 page 2 of 3, State Law Library Index and is a part of the Record.

Relator's Memorandum Controverting State's Proposed Findings, timely filed on June 9, 2014 pursuant to the Mail box Rule see Campbell v. State 320 S.W. 3d. 338 (Tex. Crim. App. 2010). To this date 5-21-2015 has not been transmitted or, part of the Record WR-78,951-03. Thereby and upon this evidence Relator has shown reasonable cause beyond doubt that, Charles Laymon Cox is denied the U.S.C. 14th Amendment Due Process right to be heard and the Texas Const. Due Course of Law,

2

## Relief Sought

That the Honorable Justice of the Court of Criminal Appeals, Order that the Record WR-78,951-03, be made complete and that Clerk of the Judicial District Court 213 Thomas A. Wilder, 401 W. Belknap Fort Worth, Texas 76196, imediately transmit Relator's Memorandum Ordered by Criminal Magistrate Charles P. Reynolds, to the Court of Criminal Appeals and be placed in the file WR-78,951-03 before the Court.

Relator would further request that he be notified the Record is complete upon reciept of his Memorandum.

## Prayer

Premise Considered, Relator Charles Laymon Cox seeking relief through his Original Application for Writ of Mandamus, herein prays that the Honorable Justice of this Court grants this Writ and Order the imediate transmission of his Memorandum Controverting States Proposed Findings from the 213th District Court file C-213-009413-0647447-A to the Court of Criminal Appeals file WR-78,951-03 before the Court.

Signed on this day May 21, 2015

Respectfully Submitted

Charles L Cox

T.D.C.J. No. 1463721
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

3

## Inmate's Declaration

I Charles Laymon Cox, being presently incarcerated at the Bill Clements Unit, Potter County. Do swear under penalty of perjury that the Statements made herein this Document are true to the best of my knowledge.

Signed on this day <u>May 21, 2015</u>

<u>Charles L. Cox</u>
T.D.C.J. No. 1463721

## Service

I Charles Laymon Cox, Do swear under penalty of perjury that this Document was placed into the custody of the Bill Clements Unit Mailroom on May 21, 2015. And will consider it served by the U.S. Postal Stamped date affixed.

Signed on this day <u>May 21, 2015</u>

<u>Charles L. Cox</u>
T.D.C.J. No. 1463721

## Certificate of Compliance

I Charles Laymon Cox, Do herein Certify that this Document Is in compliance with this Rule.

Signed on this day <u>May 21, 2015</u>

<u>Charles L. Cox</u>
T.D.C.J. No. 1463721

4





**STATE LAW LIBRARY**
**P.O. BOX 12367**
**AUSTIN, TEXAS 78711-2367**

To: Charles Layman Cox #1463721
From: Inmate Copy Service Staff
Re: Cost of your request (#7584) for copies received March 10, 2015

Estimate #4342 dated April 6, 2015

| Document Requested | # of Pages | Cost | Check to order |
|---|---|---|---|
| **Court of Criminal Appeals** | | | |
| **WR-78,951-03 COX, CHARLES LAYMAN - WRIT RECEIVED #3** | | | |
| •JUDGMENT AND SENTENCE, DATED 4/27/1998 | 2 Pages | $0.50 | ☐ |
| •CONDITIONS OF COMMUNITY SUPERVISION | 2 Pages | $0.50 | ☐ |
| •SUPPLEMENT/AMENDMENT TO CONDITIONS OF COMMUNITY SUPERVISION | 1 Pages | $0.25 | ☐ |
| •STATE'S FIRST ORIGINAL PETITION TO PROCEED TO ADJUDICATION | 3 Pages | $0.75 | ☐ |
| •STATE'S FIRST AMENDED PETITION TO PROCEED TO ADJUDICATION | 3 Pages | $0.75 | ☐ |
| •JUDGMENT AND SENTENCE, DATED 10/4/2007 | 2 Pages | $0.50 | ☐ |
| •TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL | 1 Pages | $0.25 | ☐ |
| •REVOCATION RESTITUTION/REPARATION BALANCE SHEET | 1 Pages | $0.25 | ☐ |
| •2ND COURT OF APPEALS: MEMORANDUM OPINION - AFFIRM TRIAL COURT JUDGMENT, DELIVERED 9/25/2008 | 7 Pages | $1.75 | ☐ |
| •CRIMINAL DOCKET SHEET | 2 Pages | $0.50 | ☐ |
| •CLERK'S CERTIFICATE | 1 Pages | $0.25 | ☐ |
| **Court of Criminal Appeals** | | | |
| **WR-78,951-03 COX, CHARLES LAYMAN - WRIT RECEIVED #2** | | | |
| •ORDER FROM COURT OF CRIMINAL APPEALS - PETITION FOR DISCRETIONARY REVIEW STRUCK, FILED 6/13/2012 | 1 Pages | $0.25 | ☐ |
| •AMENDMENT TO WRIT OF HABEAS CORPUS, FILED 8/17/2012 | 12 Pages | $3.00 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS RE:JUDGMENT AND MANDATE | 2 Pages | $0.50 | ☐ |
| •2ND COURT OF APPEALS: MANDATE - APPEAL DISMISSED, SIGNED 9/11/2012 | 1 Pages | $0.25 | ☐ |
| •2ND COURT OF APPEALS: MANDATE - APPEAL DISMISSED, SIGNED 9/13/2012 | 1 Pages | $0.25 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS RE: JUDGMENT AND MANDATE | 2 Pages | $0.50 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS RE: ERROR ON MANDATE ISSUED 9/11/2012 | 1 Pages | $0.25 | ☐ |
| •2ND COURT OF APPEALS: MANDATE - APPEAL DISMISSED, SIGNED 9/13/2012 | 1 Pages | $0.25 | ☐ |
| •AMENDED GROUND 4 FOR HABEAS CORPUS | 11 Pages | $2.75 | ☐ |
| •ORDER DIRECTING COUNSEL TO RESPOND, SIGNED 6/20/2013 | 1 Pages | $0.25 | ☐ |
| •AMENDMENT TO WRIT OF HABEAS CORPUS, FILED 8/28/2013 | 10 Pages | $2.50 | ☐ |
| •APPELLANT'S RECOMMENDATIONS FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW | 14 Pages | $3.50 | ☐ |
| •MOTION TO ISSUE WRIT | 4 Pages | $1.00 | ☐ |
| •ORIGINAL PETITION TO UNSEAL COURT RECORD AND MOTION FOR DISCOVERY | 5 Pages | $1.25 | ☐ |
| •ORDER DIRECTING COUNSEL TO RESPOND, FILED 3/13/2014 | 1 Pages | $0.25 | ☐ |

Charles Cox                    Estimate #4342—6 Apr 2015          *1 of 3*                    $85.38



| | | |
|---|---|---|
| •APPLICANT'S LETTER RE: ASSIGNMENT ORDER AND RECORD DESIGNATION | 2 Pages | $0.50 | ☐ |
| •AFFIDAVIT OF MARK S. ROSTEET | 3 Pages | $0.75 | ☐ |
| •AMENDMENT - GROUND 11 HABEAS CORPUS WRIT | 6 Pages | $1.50 | ☐ |
| •CUMULATIVE TRAVERSE TO AFFIDAVIT OF MARK S ROSTEET | 6 Pages | $1.50 | ☐ |
| •ORDER FROM COURT OF CRIMINAL APPEALS - HELD IN ABEYANCE, FILED 5/14/2014 | 2 Pages | $0.50 | ☐ |
| •ORDER CLOSING EVIDENCE IN 15 DAYS, SIGNED 5/27/2014 | 1 Pages | $0.25 | ☐ |
| •STATE'S PROPOSED MEMORANDUM, FINDINGS OF FACT, AND CONCLUSIONS OF LAW *CONTAINS PAGES WHICH COULD PRODUCE LOW QUALITY COPIES* | 31 Pages | $7.75 | ☐ |
| •TARRANT COUNTY: ORDER - RECOMMENDS RELIEF DENIED, FILED 6/10/2014 | 1 Pages | $0.25 | ☐ |
| •INDICTMENT | 1 Pages | $0.25 | ☐ |
| •WRITTEN PLEA ADMONISHMENTS | 4 Pages | $1.00 | ☐ |

**Court of Criminal Appeals**

| **WR-78,951-03 COX, CHARLES LAYMAN - WRIT RECEIVED #1** | | | |
|---|---|---|---|
| •TARRANT COUNTY: CLERK'S RECORD COVER SHEET | 1 Pages | $0.25 | ☐ |
| •CLERK'S SUMMARY SHEET | 1 Pages | $0.25 | ☐ |
| •INDEX | 3 Pages | $0.75 | ☐ |
| •CAPTION | 1 Pages | $0.25 | ☐ |
| •APPLICATION FOR A WRIT OF HABEAS CORPUS, FILED 8/23/2011 | 63 Pages | $15.75 | ☐ |
| •TARRANT COUNTY D.A.: WAIVER OF SERVICE | 1 Pages | $0.25 | ☐ |
| •STATE'S RESPONSE TO APPLICATION FOR WRIT OF HABEAS CORPUS | 5 Pages | $1.25 | ☐ |
| •MEMORANDUM AND ORDER RE: AFFIDAVIT OF MARK S ROSTEET, SIGNED 9/13/2011 | 2 Pages | $0.50 | ☐ |
| •APPELLANT'S TRAVERSE TO THE STATE'S RESPONSE AND MOTIONS TO WRIT OF HABEAS CORPUS | 8 Pages | $2.00 | ☐ |
| •MOTION FOR RECUSAL | 6 Pages | $1.50 | ☐ |
| •APPLICANT'S LETTER RE: MOTION FOR RECUSAL | 2 Pages | $0.50 | ☐ |
| •ORDER OF REFERRAL, FILED 11/16/2011 | 1 Pages | $0.25 | ☐ |
| •ORDER DENYING MOTION TO RECUSE. FILED 12/1/2011 | 1 Pages | $0.25 | ☐ |
| •MOTION FOR RECUSAL AND APPEAL | 6 Pages | $1.50 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS TO APPLICANT RE:DEFENDANT'S RIGHT TO APPEAL, FILED 12/15/2011 | 2 Pages | $0.50 | ☐ |
| •ORDER DENYING MOTION TO RECUSAL AND APPEAL, FILED 1/3/2012 | 1 Pages | $0.25 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS RE: NOTICE OF APPEAL, FILED 1/10/2012 | 2 Pages | $0.50 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS RE: PRO SE RESPONSE, FILED 1/23/2012 | 2 Pages | $0.50 | ☐ |
| •LETTER FROM 2ND COURT OF APPEALS RE: PRO SE RESPONSE, FILED 1/25/2012 | 2 Pages | $0.50 | ☐ |
| •MOTION FOR CERTIFICATION OF RIGHT TO APPEAL | 5 Pages | $1.25 | ☐ |
| •TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL | 1 Pages | $0.25 | ☐ |
| •2ND COURT OF APPEALS: JUDGMENT AND MEMORANDUM OPINION - DISMISSED, FILED 2/16/2012 | 3 Pages | $0.75 | ☐ |
| •APPLICANT'S NOTICE | 1 Pages | $0.25 | ☐ |
| •TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL | 1 Pages | $0.25 | ☐ |
| •MOTION FOR REINSTATEMENT | 7 Pages | $1.75 | ☐ |

**Court of Criminal Appeals**

| **WR-78,951-02 COX, CHARLES LAYMAN - ACTION TAKEN OR-MAN 9-17-2014** | | | |
|---|---|---|---|
| •ACTION TAKEN - MOTION FOR LEAVE TO FILE DENIED WITHOUT WRITTEN ORDER, SIGNED 9/17/2014 | 1 Pages | $0.25 | ☐ |

**Court of Criminal Appeals**

| **WR-78,951-02 COX, CHARLES LAYMAN - ACTION TAKEN** | | | |
|---|---|---|---|

Charles Cox                    Estimate #4342—6 Apr 2015                    $85.38


(A)

| | | | |
|---|---|---|---|
| •ACTION TAKEN - MOTION FOR LEAVE TO FILE HELD IN ABEYANCE, SIGNED 5/14/2014 | 1 Pages | $0.25 | ☐ |

**Court of Criminal Appeals**

| | | | |
|---|---|---|---|
| WR-78,951-02 COX, CHARLES LAYMAN - MISC DOCU RECD 5-23-14 | | | |
| •OBJECTION | 1 Pages | $0.25 | ☐ |

**Court of Criminal Appeals**

| | | | |
|---|---|---|---|
| WR-78,951-02 COX, CHARLES LAYMAN - WRIT RECEIVED | | | |
| •PETITION FOR WRIT OF MANDAMUS, SIGNED 4/14/2014 | 6 Pages | $1.50 | ☐ |

**Court of Criminal Appeals**

| | | | |
|---|---|---|---|
| WR-78,951-01 COX, CHARLES LAYMAN - MOTION RECEIVED | | | |
| •FORMAL OBJECTION | 4 Pages | $1.00 | ☐ |

**Court of Criminal Appeals**

| | | | |
|---|---|---|---|
| WR-78,951-01 COX, CHARLES LAYMAN - WRIT RECEIVED. | | | |
| •ACTION TAKEN - MOTION FOR LEAVE TO FILE DENIED WITHOUT WRITTEN ORDER, SIGNED 2/20/2013 | 1 Pages | $0.25 | ☐ |
| •MOTION TO EXPEDITE AND LEAVE TO FILE | 6 Pages | $1.50 | ☐ |

| | |
|---|---|
| Total pages: | 297 |
| Total cost: | $74.25 |
| Tax (8.25%): | $6.13 |
| Service Charge: | $5.00 |
| **ORDER TOTAL:** | **$85.38** |

**Note:** To request specific documents please only check the items desired and resubmit this form so that the Document Delivery Service may recalculate the copy job cost and supply you with a revised estimate and order form. If you wish to order *all* the documents listed above, please check below and return 1 copy of this form and payment for the total amount above to order copies.

☐ **CHECK HERE TO ORDER ALL ITEMS LISTED ABOVE**

**Please make cashier check, money order or inmate trust fund check payable to *State Law Library*.**Copy job turn-around depends on the size of your request, the number of requests being filled and staff time. The State Law Library staff does its best to fill orders as quickly as possible. Staff will begin copying your documents once payment is received.

**THE STATE LAW LIBRARY WILL NOT ACCEPT AN AMOUNT OTHER THAN THE AMOUNT QUOTED FOR PAYMENT. IF YOU MAKE CHANGES TO THE ESTIMATE, PLEASE SEND THOSE CHANGES TO THE STATE LAW LIBRARY AND WE WILL SEND YOU A NEW ESTIMATE. PAYMENTS RECEIVED THAT ARE NOT IN THE AMOUNT QUOTED WILL BE RETURNED.**

**ESTIMATES ARE VALID FOR 90 DAYS AFTER THE DATE ISSUED.**

**COURT RECORDS ARE SUBJECT TO THE AVAILABILITY PROVIDED BY THE COURTS.**

*Please return this entire sheet with your request!*

| UNIT/ADDRESS COPIES ARE TO BE SENT TO: |
|---|
| Charles Layman Cox - #1463721 |
| Clements Unit (037) |
| 9601 Spur 591 |
| Amarillo, TX 79107-9606 |
| **PAYMENT** |
| O Cashier's Check |
| O Money Order |
| O Inmate Trust Fund Check |
| Payment Due: $85.38 |
| **Send payment and this form to:** |
| STATE LAW LIBRARY |
| DOCUMENT DELIVERY PO BOX 12367 |
| AUSTIN TX 78711-2367 |



FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

MAY 27 2014

TIME _____ 10:33 _____
BY _____ SR _____ DEPUTY

C-213-009413-0647447-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 213th JUDICIAL |
| | § | |
| | § | DISTRICT COURT |
| | § | |
| CHARLES LAYMAN COX | § | TARRANT COUNTY, TEXAS |

## ORDER CLOSING EVIDENCE IN 15 DAYS

The Court has before it Applicant's Application for Writ of Habeas Corpus, filed under Article 11.07 of the Texas Code of Criminal Procedure.

**IT IS ORDERED** that any additional evidence, proposed findings or memoranda be submitted to the Court **within fifteen days** of the date of this order, unless an extension has been granted to the parties.

Thereafter, the Court will consider the record closed and will proceed to a decision in this matter.

The **Clerk of the Court** is **ORDERED** to send a copy of this order to the **Applicant** at his current known address and to the **Appellate Section** of the Tarrant County District Attorney's Office.

SIGNED AND ENTERED this 27th day of May, 2014.

_____
CHARLES P. REYNOLDS
CRIMINAL MAGISTRATE
TARRANT COUNTY, TEXAS

THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUN 10 2014

TIME _8:48_

BY _____ DEPUTY

C-213-009413-0647447-A

EX PARTE

§
§
§
§
§
§
§

CHARLES LAYMON COX
AKA CHARLES LAYMAN COX

IN THE 213th JUDICIAL

DISTRICT COURT OF

TARRANT COUNTY, TEXAS

## ORDER

The Court adopts the State's proposed Memorandum, Findings of Fact and Conclusions of Law as its own with the following modification:

1. Conclusion of Law number "14" is modified to read as follows:

"Applicant has failed to prove the State presented false testimony." *See* Memorandum, p. 10."

Accordingly, this Court **RECOMMENDS** that the relief Applicant requests be **DENIED**. The Court further orders and directs:

The **Clerk of this Court** to file these findings and transmit them along with the Writ Transcript to the Clerk of the Court of Criminal Appeals as required by law.

The **Clerk of this Court** to furnish a copy of the Court's findings to Applicant, at his most recent address, and to the appellate section of the Tarrant County Criminal District Attorney's Office.

**SIGNED AND ENTERED** this _9th_ day of _June_, 2014.

_____
JUDGE PRESIDING
213th DISTRICT COURT
TARRANT COUNTY, TEXAS